UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

THOMAS GESUALDI and FRANK FINKEL,

          Plaintiffs,

-against-

NICOLENA TRUCKING LLC and FRANK GILLETTE,

          Defendants.

-------------------------------------------------------X

ORDER
09 CV 2501 (DGT)(LB)

**BLOOM, United States Magistrate Judge:**

    Plaintiffs, Thomas Gesualdi and Frank Finkel, initiated this ERISA action on June 11, 2009 against Nicolena Trucking LLC and Frank Gillette. Document 1. Plaintiffs' proof of service reflects that defendants were served on July 13, 2009, Document 2; however, as of this date, no response to the complaint has been filed. If this case has been resolved, plaintiffs shall immediately notify the Court and discontinue the case. Otherwise, plaintiffs shall take the appropriate steps to move this case forward.

SO ORDERED.

                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: December 14, 2009
       Brooklyn, New York